**CITY ATTORNEY'S OFFICE FOR
THE CITY OF SOUTH LAKE TAHOE**
Nira Feeley, SBN # 254523, Deputy City Attorney
Patrick L. Enright, SBN#113020, City Attorney
1901 Airport Road, Suite 300
South Lake Tahoe, CA 96150
(530) 542-6040; FAX (530) 542-7416

Attorney for Defendants CITY OF SOUTH LAKE TAHOE, CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT and TERRY DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| SIMMONE GRAHAM, aka SIMMONE ADELYN CORAHAM<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE CITY OF SOUTH LAKE TAHOE, CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT and TERRY DANIELS<br><br>　　　　　Defendants. | Case No.:  2:10-CV-2335 JAM-KJM<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>Hearing Date:　March 9, 2011<br>Time:　9:30 a.m.<br>Courtroom.:　6<br>Judge:　The Hon. John A. Mendez<br>Date Action Filed:　August 30, 2011<br>Trial Date:　None |

　　It is stipulated by and between all parties, by and through their respective counsel, that the deadline to file a responsive pleading for the City of South Lake Tahoe, the City of South Lake Tahoe Police Department, and Terry Daniels in this action should be continued to February 1, 2011.

---

1
**STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING
(GRAHAM v. CITY OF SOUTH LAKE TAHOE, et al.)**

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to this stipulation, the parties request this Court to continue the deadline to file a responsive pleading until February 1, 2011.

| | |
|---|---|
| DATED this ____ day of January, 2011<br>City Attorney's Office | DATED this ____ day of January, 2011<br>O'Mara Law Firm |
| _____<br>Nira Feeley<br>Attorney for Defendants,<br>CITY OF SOUTH LAKE TAHOE, SOUTH LAKE TAHOE POLICE DEPARTMENT, and TERRY DANIELS | _____<br>William O'Mara<br>Attorney for Plaintiff,<br>SIMMONE GRAHAM |

IT IS SO ORDERED:

DATE:  1/14/2011                              /s/ John A. Mendez_____
                                              Honorable Judge John A. Mendez

2
**STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING**
**(GRAHAM v. CITY OF SOUTH LAKE TAHOE, et al.)**

PDF created with pdfFactory trial version www.pdffactory.com