THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA, ESQ.
California Bar No. 42100
311 East Liberty Street
Reno, Nevada 89501
Telephone: (775) 323-1321
Facsimile:  (775) 323-4082

Attorney for Simmone Graham

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| SIMMONE GRAHAM aka SIMMONE ADELYN CORAHAM, | Case No. 2:10-cv-02335-JAM-KJM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADINGS** |
| THE CITY OF SOUTH LAKE TAHOE AND THE CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT (SLTPD); THE STATE OF CALIFORNIA AND THE CALIFORNIA HIGHWAY PATROL (CHP); THE COUNTY OF ELDORADO AND THE ELDORADO COUNTY SHERIFF'S DEPARMTNET; TERRY DANIELS, individually and in his capacity as South Lake Tahoe Chief of Police; D. ROGERS, individually and in his capacity as a CHP law enforcement Officer, I.D. No. 15421; D. LOPEZ, individually and in his capacity as a CHP law enforcement officer, I.D. No. 13833; MARTAIM (first name or initial unknown), individually and in his capacity as a CHP law enforcement officer, I.D. No. 13126; V. LAMBRES, individually and in his capacity as a CHP Sergeant or law enforcement officer, I.D. No. 9909; V. SHERRY, individually and in his capacity as a CHP law enforcement officer, I.D. No. 12361, and DOES 1 through 20, | Hearing Date: March 9, 2011<br>Time:           9:30 a.m.<br>Courtroom:     6<br>Assigned to:   Honorable John A. Mendez<br>Referred to:   Honorable Dale A. Drozd<br>Action File:   August 30, 2010<br>Trial Date:    None |
| Defendants. | |

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

It is stipulated by and between all parties, by and through their respective counsel, that the deadline to file a response to Defendant State of California's Notice of Motion and Motion to Dismiss Complaint; Memorandum of Points and Authorities; Declaration of Catherine Guess in Support Thereof pleading in this action should be continued to February 1, 2011.

**STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING**

Pursuant to this stipulation, the parties request this Court to continue the deadline to file a response to Defendant State of California's Notice of Motion and Motion to Dismiss Complaint; Memorandum of Points and Authorities; Declaration of Catherine Guess in Support Thereof pleading until February 1, 2011.

| | |
|---|---|
| Dated: January _____, 2011.<br>THE O'MARA LAW FIRM, P.C. | Dated: January _____, 2011.<br>Deputy Attorney General |
| /s/ William M. O'Mara<br>WILLIAM M. O'MARA, ESQ. | /s/ Catherine Woodbridge Guess<br>CATHERINE WOODBRIDGE GUESS, ESQ. |

IT IS SO ORDERED:

Dated: January 25, 2011.

/s/ John A. Mendez
HONORABLE JUDGE JOHN A. MENDEZ

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am employed for The O'Mara Law Firm, P.C. I am over the age of 18 and not a party to the within action; my business address is 311 East Liberty Street, Reno, Nevada 89501.

On January 24, 2011, I served the foregoing documents described as *Stipulation to Continue Deadline to File Responsive Pleadings* on all parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Patrick Lee Enright<br>City of South Lake Tahoe<br>P.O. Box 28400<br>City Attorney's Office<br>1901 Airport Road, Suite 300<br>South Lake Tahoe, California 96150<br>Facsimile: (530) 542-7416<br><br>*Attorney for City of South Lake Tahoe; City of South Lake Tahoe Police Department; and Terry Daniels* | Catherine A. Woodbridge Guess<br>Attorney General's Office of the State of California<br>Department of Justice<br>1300 I Street, Suite 125<br>Sacramento, California 94244-2550<br>Facsimile: (916) 322-8288<br><br>*Attorney for the State of California and California Highway Patrol* |
| Andrew T. Caulfield, Esq.<br>Caulfield, Davies & Donahue<br>P.O. Box 277010<br>Sacramento, California 95827<br>Facsimile: (916) 817-2644<br><br>*Attorney for the County of El Dorado* | |

I am readily familiar with the City's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Reno, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 24, 2011, at Reno, Nevada.

/s/ Adrian M. Weis

———————————————

Adrian M. Weis
Legal Assistant to
The O'Mara Law Firm, P.C.

PDF created with pdfFactory trial version www.pdffactory.com