1 | THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA, ESQ.
2 | California Bar No. 42100
311 East Liberty Street
3 | Reno, Nevada 89501
Telephone: (775) 323-1321
4 | Facsimile:  (775) 323-4082

5 | Attorney for Simmone Graham

6

7 |                **UNITED STATES DISTRICT COURT**

8 |        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9 |                    *       *       *

10 | SIMMONE GRAHAM aka SIMMONE
ADELYN CORAHAM,                        )   Case No. 2:10-cv-02335-JAM-KJM
11 |                                       )
                           Plaintiff,     )
12 |                                       )
        vs.                               )   **STIPULATION TO CONTINUE**
13 |                                       )   **DEADLINE TO FILE RESPONSIVE**
THE CITY OF SOUTH LAKE TAHOE AND  )   **PLEADINGS**
14 | THE CITY OF SOUTH LAKE TAHOE       )
POLICE DEPARTMENT (SLTPD); THE     )
15 | STATE OF CALIFORNIA AND THE        )
CALIFORNIA HIGHWAY PATROL (CHP);   )
16 | THE COUNTY OF ELDORADO AND THE    )
ELDORADO COUNTY SHERIFF'S           )
17 | DEPARMTNET; TERRY DANIELS,         )
individually and in his capacity as South Lake )
18 | Tahoe Chief of Police; D. ROGERS,  )
individually and in his capacity as a CHP law )
19 | enforcement Officer, I.D. No. 15421; D.  )
LOPEZ, individually and in his capacity as a )
20 | CHP law enforcement officer, I.D. No. 13833; )
MARTAIM (first name or initial unknown), )
21 | individually and in his capacity as a CHP law )
enforcement officer, I.D. No. 13126; V.  )
22 | LAMBRES, individually and in his capacity as )
a CHP Sergeant or law enforcement officer, )
23 | I.D. No. 9909; V. SHERRY, individually and )
in his capacity as a CHP law enforcement )
24 | officer, I.D. No. 12361, and DOES 1 through )
20,                                       )
25 |                                       )
                          Defendants.     )
26 | _____)

27

28

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1        It is stipulated by and between all parties, by and through their respective counsel, that the

2   deadline to file a responsive pleading for the City of South Lake Tahoe, the City of South Lake

3   Tahoe Police Department, and Terry Daniels in this action should be continued to February 11,

4   2011.

5        **<u>STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING</u>**

6        Pursuant to this stipulation, the parties request this Court to continue the deadline to file a

7   responsive pleading until February 11, 2011.

8   Dated: January 31, 2011.                    Dated: January 31, 2011.
    THE O'MARA LAW FIRM, P.C.              CITY ATTORNEY'S OFFICE FOR THE
9                                          CITY OF SOUTH LAKE TAHOE

10

11  /s/ William M. O'Mara                  /s/ Nira Feeley
    WILLIAM M. O'MARA, ESQ.               NIRA FEELEY, ESQ.
12

13  IT IS SO ORDERED:

14  Dated:  February 1, 2011.             /s/ John A. Mendez

15                                         HONORABLE JUDGE JOHN A. MENDEZ

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**PROOF OF SERVICE**

I am employed for The O'Mara Law Firm, P.C.  I am over the age of 18 and not a party to the within action; my business address is 311 East Liberty Street, Reno, Nevada 89501.

On January 31, 2011, I served the foregoing documents described as ***Stipulation to Continue Deadline to File Responsive Pleadings*** on all parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Patrick Lee Enright<br>City of South Lake Tahoe<br>P.O. Box 28400<br>City Attorney's Office<br>1901 Airport Road, Suite 300<br>South Lake Tahoe, California 96150<br>Facsimile: (530) 542-7416<br><br>*Attorney for City of South Lake Tahoe; City of South Lake Tahoe Police Department; and Terry Daniels* | Catherine A. Woodbridge Guess<br>Attorney General's Office of the State of California<br>Department of Justice<br>1300 I Street, Suite 125<br>Sacramento, California 94244-2550<br>Facsimile: (916) 322-8288<br><br>*Attorney for the State of California and California Highway Patrol* |
| Andrew T. Caulfield, Esq.<br>Caulfield, Davies & Donahue<br>P.O. Box 277010<br>Sacramento, California 95827<br>Facsimile: (916) 817-2644<br><br>*Attorney for the County of El Dorado* | |

I am readily familiar with the City's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Reno, Nevada in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 31, 2011, at Reno, Nevada.

/s/ Adrian M. Weis

_____

Adrian M. Weis
Legal Assistant to
The O'Mara Law Firm, P.C.

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com