**RICHARD H. CAULFIELD, SBN 50258**
**BRIAN C. HAYDON, SBN 154515**
**ANDREW T. CAULFIELD, SBN 238200**
**CAULFIELD, DAVIES & DONAHUE, LLP**
P.O. BOX 277010
Sacramento, CA  95827
Telephone: (916) 817-2900
Facsimile:  (916) 817-2644

**Attorneys for Defendants**
**County of El Dorado and**
**El Dorado County Sheriff's Office**
**(sued herein as El Dorado County**
**Sheriff's Department)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| Simmone Graham<br>aka Simmone Adelyn Coraham,<br><br>Plaintiff,<br><br>v.<br><br>City of South Lake Tahoe, et al.,<br><br>Defendants. | Case No.  2:10-CV-02335-JAM-KJM<br><br>**STIPULATION AND PROPOSED ORDER RE MODIFICATION OF ORDER REQUIRING JOINT STATUS REPORT**<br><br>Date:         **March 9, 2011**<br>Time:        **9:30 a.m.**<br>Courtroom:    **6**<br><br>**Judge John A. Mendez** |

Plaintiff SIMMONE GRAHAM aka SIMMONE ADELYN CORAHAM ("Plaintiff"), by and through her undersigned counsel, and Defendants County of El Dorado, City of South Lake Tahoe, City of South Lake Tahoe Police Department, Terry Daniels, California Highway Patrol, Sgt. Sherry, Officer Martain and Officer Lopez (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate to the following:

1.   **WHEREAS**, Defendants have filed motions to dismiss Plaintiff's Complaint.  The hearing on the motions is currently set for March 9, 2011, at 9:30 a.m., Courtroom 6, before Judge John A. Mendez.

STIPULATION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

2.     **WHEREAS**, Paragraph 4 of the Court's Order Requiring Joint Status Report ("Order"), dated August 30, 2010, requires that the parties confer as required by Fed. R. Civ. P. 26(f) and prepare and submit to the court a joint status report that includes the Rule 26(f) discovery plan within sixty (60) days of service of the complaint on any party.

3.     **WHEREAS**, based on service of the Complaint, the deadline identified in Paragraph 4 of the Order is February 25 2011.

4.     **WHEREAS**, the parties collectively desire to extend the time within which they are obligated to meet and confer and submit a joint status report under Paragraph 4 of the Order to March 31, 2011.

5.     **WHEREAS**, the parties respectfully request that the Court modify its Order and grant an extension of time for the parties to meet and confer and submit a joint status report under Paragraph 4 of the Order from February 25, 2011 to March 31, 2011.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1.     The time in which the parties must meet and confer and submit a joint status report under Paragraph 4 of the Order is extended from February 25, 2011 to March 31, 2011.

**IT IS SO STIPULATED.**

Dated:  February 25, 2011              **CAULFIELD DAVIES & DONAHUE, LLP**

                                       By:    /s/ Andrew T. Caulfield

                                       Richard H. Caulfield
                                       Andrew T. Caulfield
                                       Attorneys for Defendant CITY OF ISLETON
                                       P.O. Box 277010
                                       Sacramento, CA 95827
                                       (916) 817-2900

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: February 25, 2011 | **O'MARA LAW FIRM** |
| 2 | | |
| 3 | | By:   /s/ William M. O'Mara  <br>            (*As authorized on 2/24/2011*) |
| 4 | | William M. O'Mara |
| 5 | | Attorney for Plaintiff Simmone Graham <br> 311 East Liberty Street |
| 6 | | Reno, NV 89501 <br> (775) 323-1321 |
| 7 | | |
| 8 | Dated: February 25, 2011 | **CITY OF SOUTH LAKE TAHOE** |
| 9 | | |
| 10 | | By:   /s/ Nira Feeley  <br>            (*As authorized on 2/24/2011*) |
| 11 | | Nira Feeley |
| 12 | | Attorney Defendants City of South Lake Tahoe, City of South Lake Tahoe Police Department and Terry Daniels |
| 13 | | 1901 Airport Road, Suite 300 |
| 14 | | South Lake Tahoe, CA 96150 <br> (530) 542-6040 |
| 15 | | |
| 16 | Dated: February 25, 2011 | **OFFICE OF THE ATTORNEY GENERAL** |
| 17 | | |
| 18 | | By:   /s/ Catherine Woodbridge Guess  <br>            (*As authorized on 2/24/2011*) |
| 19 | | Catherine Woodbridge Guess |
| 20 | | Attorney for Defendants California Highway Patrol, Sgt. Sherry, Officer Martain and Officer Lopez |
| 21 | | 1300 I Street, Suite 125 |
| 22 | | P.O. Box 944255 |
| 23 | | Sacramento, CA 94244-2550 <br> (916) 445-8216 |
| 24 | **IT IS SO ORDERED.** <br> DATED: 2/25/2011 | |
| 25 | | |
| 26 | | /s/ John A. Mendez |
| 27 | | THE HONORABLE JOHN A. MENDEZ <br> UNITED STATES DISTRICT JUDGE |
| 28 | | |

PDF created with pdfFactory trial version www.pdffactory.com