1 | **RICHARD H. CAULFIELD, SBN 50258**
**BRIAN C. HAYDON, SBN 154515**
2 | **ANDREW T. CAULFIELD, SBN 238200**
**CAULFIELD, DAVIES & DONAHUE, LLP**
3 | **P.O. BOX 277010**
**Sacramento, CA  95827**
4 | **Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**
5 |

6 | **Attorneys for Defendants**
**County of El Dorado and**
7 | **El Dorado County Sheriff's Office**
**(sued herein as El Dorado County**
8 | **Sheriff's Department)**

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 | **-o0o-**

12 | Simmone Graham
aka Simmone Adelyn Coraham,

13 |

Plaintiff,

14 |

v.

15 |

16 | City of South Lake Tahoe,  et al.,

17 | Defendants.

Case No.  2:10-CV-02335-JAM-KJM

**ORDER ON DEFENDANTS' MOTIONS**
**TO DISMISS PLAINTIFF'S COMPLAINT**
**PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**Date:**       **March 9, 2011**
**Time:**       **9:30 a.m.**
**Courtroom:**    **6**

**Judge John A. Mendez**

On August 30, 2010, Plaintiff filed a complaint against several defendants asserting the following causes of action: (1) Violation of 42 U.S.C. Section 1983; (2) Violation of California Civil Code Section 52.1 (Civil Action for Protection of Rights); (3) Discrimination Based on Disability (Title II of ADA); (4) Negligence; and (5) Attorney's Fees. Defendants County of El Dorado and El Dorado County Sheriff's Office's (sued herein as El Dorado County Sheriff's Department), State of California, California Highway Patrol, Martaim, V. Sherry, D. Lopez, Terry Daniels, City of South Lake Tahoe Police Department, City of South Lake Tahoe (hereinafter, collectively "Moving

1

1   Defendants") filed separate motions to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P.

2   12(b)(6).

3        The motions by the Moving Defendants came on for oral argument on March 9, 2011.

4   Present at the hearing for Plaintiff were William M. O'Mara, and Steven Scheerer.  Andrew T.

5   Caulfield appeared on behalf of Defendants County of El Dorado and El Dorado County Sheriff's

6   Office (sued herein as El Dorado County Sheriff's Department).    Patrick L. Enright appeared on

7   behalf of Defendants Terry Daniels, City of South Lake Tahoe Police Department, and the City of

8   South Lake Tahoe.  Catherine W. Guess appeared on behalf of Defendants State of California,

9   California Highway Patrol, Martaim, V. Sherry, and D. Lopez.

10       After considering the moving and reply papers filed by Moving Defendants, the opposition

11   papers filed by Plaintiff, and oral argument of counsel at the hearing, and good cause appearing

12   therefor, the Court finds that there is no legal basis for any of the five causes of action set forth in

13   Plaintiff's Complaint against any of the Moving Defendants.  The Court further finds that it would

14   be futile to grant leave to allow Plaintiff to amend the Complaint as against any of the Moving

15   Defendants.

16       **THEREFORE, IT IS HEREBY ORDERED** that:

17       (1) The Motion to Dismiss brought by Defendants County of El Dorado and El Dorado

18           County Sheriff's Office (sued herein as El Dorado County Sheriff's Department) is

19           granted with prejudice.  Plaintiff's Complaint as against these Defendants is dismissed

20           without leave to amend.

21       (2) The Motion to Dismiss brought by Defendants State of California, California Highway

22           Patrol, Martaim, V. Sherry, and D. Lopez is granted with prejudice.    Plaintiff's

23           Complaint as against these Defendants is dismissed without leave to amend.

24       ~~(3) The Motion to Dismiss brought by Defendants State of California, California Highway~~

25           ~~Patrol, Martaim, V. Sherry, and D. Lopez is granted with prejudice.    Plaintiff's~~

26           ~~Complaint as against these Defendants is dismissed without leave to amend.~~

27

28

2

(3) The Motion to Dismiss brought by Defendants Terry Daniels, City of South Lake Tahoe Police Department, City of South Lake Tahoe is granted with prejudice. Plaintiff's Complaint as against these Defendants is dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: 3-11-2011

JOHN A. MENDEZ
District Judge

---
3
ORDER ON DEFENDANTS' MOTION TO DISMISS