1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  STEVEN M. GEVERCER, State Bar No. 112790
   Supervising Deputy Attorney General
3  CATHERINE WOODBRIDGE GUESS, State Bar No.
   186186
4  Deputy Attorney General
   1300 I Street, Suite 125
5  P.O. Box 944255
   Sacramento, CA 94244-2550
6  Telephone: (916) 445-8216
   Fax: (916) 322-8288
7  E-mail: Catherine.Woodbridge@doj.ca.gov
   *Attorneys for Defendants California Highway*
8  *Patrol, Sgt. Sherry, Officer Martain, Officer Lopez,*
   *Officer Rogers and Lambres*

FILED

MAR 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIMMONE GRAHAM, | 2:10-CV-2335 JAM-DAD |
| Plaintiff, | STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| CITY OF SOUTH LAKE TAHOE, et al., | |
| Defendants. | |

Plaintiff SIMMONE GRAHAM and Defendants LAMBRES AND ROGERS hereby stipulate and agree to dismissal with prejudice. Each side to bear his/her own costs.

Dated: 3-11-2011

THE O'MARA LAW FIRM

*/s/ William M. O'Mara*

William M. O'Mara, Attorney for Plaintiff

1

Dated: March 11, 2011

KAMALA D. HARRIS
Attorney General of California
STEVEN M. GEVERCER
Supervising Deputy Attorney General


s/  CATHERINE WOODBRIDGE GUESS

CATHERINE WOODBRIDGE GUESS
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol, Sgt. Sherry, Officer Martain, Officer Lopez, Officer Rogers and Lambres*

IT IS HEREBY ORDERED that the Complaint against Defendants LAMBRES AND ROGERS is dismissed with prejudice. Each side to bear his/her own costs.

Dated: 3-21-2011

_____
JOHN A. MENDEZ, District Judge

SA2010304558
Document in ProLaw